U.S. DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ACADIA INSURANCE COMPANY )<br>as subrogee of Stratton Condominium )<br>Association )<br> )<br>  v. )<br> )<br>HAMPSHIRE FIRE PROTECTION, LLC )<br>AND )<br>GLOBE FIRE SPRINKLER CORPORATION ) | Case No. 1:10-cv-00003-jgm |

### CERTIFICATE OF SERVICE

I, F. Brian Joslin, hereby certify that I electronically filed with the Clerk of the Court the following document:

### DEFENDANT HAMPSHIRE FIRE PROTECTION, LLC'S EXPERT DISCLOSURE

using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

F. Brian Joslin, Esq. tjoslin@tjoslin.com, sue@tjoslin.com
Thomas P. Aicher, Esq. thomasaicher@clearyshahi.com, slc@clearyshahi.com
Thomas J. Underwood, Esq. underwood@stutmanlaw.com, lockridgen@stutmanlaw.com

Dated:     August 25, 2011
               Montpelier, Vermont            THERIAULT & JOSLIN, P.C.
                                                              Attorneys for Defendant,
                                                              Hampshire Fire Protection, LLC

                                                              By _____/s/_____
                                                                  F. Brian "Ted" Joslin
                                                                  141 Main Street, Suite 1
                                                                  Montpelier, VT 05602
                                                                  (802) 223-2381