UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ACADIA INSURANCE COMPANY<br>as subrogate of Stratton Condominium<br>Association,<br>    Plaintiff,<br><br>v.<br><br>HAMPSHIRE FIRE PROTECTION<br>LLC and GLOBE FIRE SPRINKLER<br>CORPORATION,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:10-cv-00003-jgm<br><br>Removed from Windham<br>Superior Court,<br>Docket No.587-11-09 Wmcv |

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2011, I electronically filed with the Clerk of Court the following documents:

      Certificate of Service, showing service of the Expert Designation of Defendant Glove Fire Sprinkler Corporation

using the CM/ECF system. The CM/ECF system will provide service of such filing(s) via Notice of Electronic Filing (NEF) to following NEF parties:

      Thomas J. Underwood, Esq., Law Offices of Robert A. Stutman, P.C., 20 East Taunton Road, Suite 403, Berlin, NJ 08009

      F. Brian Joslin, Esq., Theriault & Joslin, P.C., 141 Main Street, Suite 4, Montpelier, VT 05602

                                              /s/ Thomas P. Aicher, Esq.
                                              Cleary Shahi & Aicher, P.C.
                                              PO Box 6740
                                              Rutland, Vermont 05702
                                              (802) 775-8800
                                              thomasaicher@clearyshahi.com